Case 8:17-cv-01438-CJC-DFM   Document 1-2   Filed 08/22/17   Page 1 of 9   Page ID #:12





*Products*

# Patent Pending Technology – "MIST"



Essence Water is proud to introduce a new revolutionary Patent Pending Technology Platform called; ("MIST") or "Minerals in Solution Technology".

MIST currently comprises four of the most commonly used minerals – Calcium, Magnesium, Potassium and Zinc; additional minerals are under development in order to create unique blends. Essence water is produced by method to meet applicable GMT standards for dietary supplement ingredients.

# *Benefits*







Help Balance Your Body

- Water helps your body stay in balance.

Antioxidant

- Antioxidant power of organic Hibiscus found in every bottle.

Detoxify your system

- Water effectively flushes acidic toxins from your body.

# **Hydration**



There are things in our daily lives that we depend upon to perform as expected. When we turn the key in the car, we expect the engine to ignite and when an emergency occurs, we expect the brakes to work in order prevent a potentially life-threatening accident

# pH10

Chemists, biologists, environmentalists and lab technicians alike all use pH to measure the acidic and alkalinity potentials of a solution. A pH meter is very useful and the most accurate tool available to test pH levels.



# Added Hibiscus

Sipping a healthful beverage such as ESSENCE WATER throughout the day allows you to immerse your organs in antioxidants all day long, potentially adding nutritional value to your diet. And wait, what



if you add HIBISCUS, yes that large showy flower

# Minerals

In addition, a patented mineral blend is added to Essence Water. This nutritional value is added by converting calcium carbonate derived from coral calcium, an organic, natural and the most equivalent mineral to the human body.



# Antioxidants

Everyone would probably agree that probably the one thing that individuals value most, and which has the most effect on the many facets of our lives, is personal health.



| SITE | OUR PRODUCT | CONTACT | | **Purrchase** Essence pH10 *Online* |
|---|---|---|---|---|
| HOME | ADDED HIBISCUS | **ESSENCE pH10 INC.** | | |
| ABOUT | ANTIOXIDANTS | 12802 KNOTT ST. | | Find Where To Purchase |
| PRODUCTS | HYDRATION | GARDEN GROVE, CA 92841 | | |
| TESTING | MINERALS | INFO@ESSENCEWATERINC.COM | | |
| FAQ | pH10 | TEL: 8557387426 | | |
| TESTIMONIALS | | | | |
| NEWS | | | | |
| CONTACT | | | | |





*Testing*

# How to test
# the pH of purified water?



Chemists, biologists, environmentalists and lab technicians alike all use pH to measure the acidic and alkalinity potentials of a solution. A pH meter is very useful and the most accurate tool available to test pH levels. A typical pH meter consists of a special measuring probe (a glass electrode) connected to an electronic meter that measures and displays the pH reading.

Are you curious about what pH stands for? Read more here.

To properly test Essence Water, you may use a calibrated pH meter. Since water is pure with no added sodium it may not test accurately with pH test strips or litmus paper.

# Essence pH10 Water is sodium free.

Essence pH10 adds mineral derived from coral calcium.

Essence pH10 does not use electrolysis or ionization to raise the pH levels of the water and sodium is NOT added to maintain pH levels to create a alkaline water.

**Essence pH10 Water is sodium free.**

The pH scale is logarithmic and as a result, each whole pH value is ten times more alkaline than the next lower whole value. For example, pH10 is ten times more alkaline than pH9 and 100 times (10 times 10) more alkaline than pH8.

**SITE**

HOME
ABOUT
PRODUCTS
TESTING
FAQ
TESTIMONIALS
NEWS
CONTACT

**OUR PRODUCT**

ADDED HIBISCUS
ANTIOXIDANTS
HYDRATION
MINERALS
pH10

**CONTACT**

ESSENCE pH10 INC.

12802 KNOTT ST.

GARDEN GROVE, CA 92841

INFO@ESSENCEWATERINC.COM

TEL: 8557387426

**Purrchase Essence pH10 *Online***

Find Where To Purchase

Testing – Essence

Case 8:17-cv-01438-CJC-DFM   Document 1-2   Filed 08/22/17   Page 9 of 9   Page ID #:20

http://essenceph10.com/testing/[7/24/2017 5:01:34 PM]